# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**IMANI MIKIEL SIAS**  **PLAINTIFF**
**ADC #164055**

**V.**     **CASE NO. 4:20-cv-00789 JM**

**DONALD J. TRUMP,** *et al*.    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE